| | |
|---|---|
| 1 | C. PATRICK STOLL, State Bar No. 166917 |
| | **LAW OFFICE OF C. PATRICK STOLL** |
| 2 | 2201 Francisco Dr., Suite 140-262 |
| | El Dorado Hills, CA 95762 |
| 3 | (916) 761-1881 |
| | cpstoll@sbcglobal.net |
| 4 | |
| | Attorney for Defendants |
| 5 | J.M.R. CONSTRUCTION CORP. and |
| | GREAT AMERICAN INSURANCE COMPANY |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO BRANCH

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel BLOCKA CONSTRUCTION, INC. | CASE NO.: CV 11 0024 JCS |
| Plaintiff, | **REQUESTS TO APPEAR BY TELEPHONE AT THE CASE MANAGEMENT CONFERENCE and [PROPOSED] ORDER** |
| vs. | |
| JMR CONSTRUCTION CORP., and | Date: April 22, 2011 |
| GREAT AMERICAN INSURANCE COMPANY, | Time: 1:30 p.m. |
| | Place: Ctrm A, 15th Floor, SF |
| Defendants. | |
| JMR CONSTRUCTION CORP., | |
| Counterclaimant, | |
| vs. | |
| BLOCK CONSTRUCTION, INC., and ROES 1 through 10, inclusive, | |
| Counterdefendants. | |

Pursuant to Civil L.R. 16-10(a) and Standing Order A.3, C. Patrick Stoll, counsel for defendant and counterclaimant JMR Construction Corp. and defendant Great American Insurance Company, requests leave of the court to appear by telephone at the Case Management Conference set for April 22, 2011, at 1:30 p.m. in Courtroom A, 15th Floor, San Francisco Courthouse.

-1-
**REQUESTS TO APPEAR BY TELEPHONE**

| | | |
|---|---|---|
| 1 | Dated: April 15, 2011 | **LAW OFFICE OF C. PATRICK STOLL** |
| 2 | | BY _____/s/_____ |
| 3 | | C. PATRICK STOLL |
| 4 | | Attorney for Defendants JMR CONSTRUCTION CORP. and GREAT AMERICAN INSURANCE COMPANY |
| 5 | | |

6  **IT IS SO ORDERED** that counsel shall be on phone standby beginning at 1:30 PM and await the Court's call.

7  Dated: April 18, 2011

_____
Judge Joseph C. Spero

*IT IS SO ORDERED AS MODIFIED* — Judge Joseph C. Spero (United States District Court, Northern District of California)

---

-2-
**REQUESTS TO APPEAR BY TELEPHONE**