1   C. PATRICK STOLL, State Bar No. 166917
    **LAW OFFICE OF C. PATRICK STOLL**
2   2201 Francisco Dr., Suite 140-262
    El Dorado Hills, CA 95762
3   (916) 761-1881
    cpstoll@sbcglobal.net
4
    Attorney for Defendants
5   J.M.R. CONSTRUCTION CORP. and
    GREAT AMERICAN INSURANCE COMPANY
6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                           SAN FRANCISCO BRANCH

11
    UNITED STATES OF AMERICA, ex rel      )    **CASE NO.:  CV 11 0024 JCS**
12      BLOCKA CONSTRUCTION, INC.          )
                                           )    **JOINT STIPULATION AND [PROPOSED**
13              Plaintiff,                 )    **ORDER] TO CONTINUE MEDIATION**
                                           )
14        vs.                              )
                                           )
15   JMR CONSTRUCTION CORP., and           )
                                           )
16   GREAT AMERICAN INSURANCE              )
     COMPANY,                              )
17                                         )
                Defendants.                )
18   _____ )
                                           )
19   JMR CONSTRUCTION CORP.,               )
                                           )
20              Counterclaimant,           )
                                           )
21   vs.                                   )
                                           )
22   BLOCKA CONSTRUCTION, INC., and        )
     ROES 1 through 10, inclusive,         )
23                                         )
                Counterdefendants.         )
24   _____ )

25

26                            **JOINT STIPULATION**

27   Use Plaintiff and counterdefendant BLOCKA CONSTRUCTION INC., by and through its attorney

28   William C. Last, and Defendant and counterclaimant JMR CONSTRUCTION CORP., and

---

1    Defendant GREAT AMERICAN INSURANCE COMPANY, by and through their attorney C.

2    Patrick Stoll, stipulate as follows:

3        1.       WHEREAS, there is a mediation currently scheduled for July 13, 2011;

4        2.       WHEREAS, the court has ordered mediation to be completed by July 21, 2011;

5        3.       WHEREAS, the court has scheduled a Case Management Conference for July 22,

6    2011, with a Joint Case Management Statement due July 15, 2011;

7        4.       WHEREAS, Defendants JMR CONSTRUCTION CORP and GREAT AMERICAN

8    INSURANCE COMPANY assert that there has recently been filed a "Related Case" as defined by

9    Civil L.R. 3-12(a), and intend to file an Administrative Motion to Consider Whether Cases Should

10   Be Related pursuant to Civil L.R. 7-11;

11       5.       THEREFORE, counsel have conferred and jointly stipulated that the mediation

12   currently scheduled for July 13, 2011, and the deadline for completion of mediation currently set for

13   July 21, 2011, be continued 30 days pending further order of the court.

14

15   Dated:  July 12, 2011                           **LAW OFFICE OF C. PATRICK STOLL**

16                                                   BY _____ /s/ _____

17                                                   C. PATRICK STOLL

18                                                   Attorney   for   Defendants   JMR
                                                     CONSTRUCTION   CORP.   and   GREAT
19                                                   AMERICAN INSURANCE COMPANY

20   Dated:  July 12, 2011                           **LAST & FAORO**

21                                                   BY _____ /s/ _____

22                                                   WILLIAM C. LAST, JR.

23                                                   Attorneys   for   Plaintiff   BLOCKA
                                                     CONSTRUCTION, INC.
24

25   ///

26   ///

27   ///

28   ///

1

**ORDER**

2      After reviewing the Joint Stipulation and [Proposed Order] submitted by the parties, and with

3  good cause appearing therefor, it is hereby ordered:

4      The mediation currently scheduled for July 13, 2011, and the deadline for completion of

5  mediation currently set for July 21, 2011, are continued 30 days pending further order of the court.

6

7  DATED:  July 19, 2011

8  _____



JOSEP
United                              g

9  _____

Judge Joseph C. Spero

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**JOINT STIPULATION TO CONTINUE MEDIATION**