1  George R. Gore, State Bar No. 140069
   **LAW OFFICE OF GEORGE R. GORE**
2  PO Box 5522 473 Powers Drive
   El Dorado Hills, CA 95762
3  (916) 220-0946
   ggorelaw@aol.com
4
   Attorney for Defendants
5  J.M.R. CONSTRUCTION CORP. and
   GREAT AMERICAN INSURANCE COMPANY
6
7
8                UNITED STATES DISTRICT COURT
9            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                  SAN FRANCISCO BRANCH
11

| | |
|---|---|
| 12  UNITED STATES OF AMERICA, ex rel BLOCKA CONSTRUCTION, INC. | CASE NO.: CV 11 00024 JCS |
| 13  Plaintiff, | RELATED TO CV 11-02600 JCS |
| 14  vs. | STIPULATION FOR SUBSTITUTION OF ATTORNEY and [~~PROPOSED~~] ORDER |
| 15  JMR CONSTRUCTION CORP., and | |
| 16  GREAT AMERICAN INSURANCE COMPANY, | Judge: Hon. Joseph P. Spero |
| 17  | |
| 18  Defendants. | |
| 19  JMR CONSTRUCTION CORP., | |
| 20  Counterclaimant, | |
| 21  vs. | |
| 22  BLOCKA CONSTRUCTION, INC., and ROES 1 through 10, inclusive, | |
| 23  | |
| 24  Counterdefendants. | |

25
26     It is stipulated by and between GREAT AMERICAN INSURANCE COMPANY, defendant
27  in the above-entitled action, JMR CONSTRUCTION CORP., defendant and cross-complainant in
28  the above-entitled action, and C. Patrick Stoll, attorney of record for GREAT AMERICAN

-1-

1  INSURANCE COMPANY and JMR CONSTRUCTION CORP., that George R. Gore of the Law
2  Office of George R. Gore be substituted as the attorney of record in place of C. Patrick Stoll, who
3  presently appears as attorney of record.
4
5  Dated: January 18, 2012                LAW OFFICE OF C. PATRICK STOLL
6                                          By _____
7
                                            C. Patrick Stoll
8                                           Current Counsel for defendants GREAT
                                            AMERICAN INSURANCE COMPANY and JMR
9                                           CONSTRUCTION CORP.
10
    Dated: Jan 18, 2012                    GREAT AMERICAN INSURANCE COMPANY
11
                                            By _____
12
13
    Dated: JAN 13, 2012                    JMR CONSTRUCTION CORP.
14
                                            By _____
15
16
    Dated: JAN 03, 2012                    THE LAW OFFICE OF GEORGE R. GORE
17
                                            By _____
18
                                            George R. Gore
19
                                            New Counsel for defendants GREAT AMERICAN
20                                          INSURANCE COMPANY and JMR
                                            CONSTRUCTION CORP.
21
22  PURSUANT TO STIPULATION, IT IS SO ORDERED.
23  DATED: February 8, 2012
24
25
                                            Judge Howard
26                                          Judge Joseph C. Spero
27
28

-2-