```
 1  George R. Gore, State Bar No. 140069
    LAW OFFICE OF GEORGE R. GORE
 2  PO Box 5522 473 Powers Drive
    El Dorado Hills, CA 95762
 3  (916) 220-0946
    ggorelaw@aol.com
 4
    Attorney for Defendants
 5  J.M.R. CONSTRUCTION CORP. and
    GREAT AMERICAN INSURANCE COMPANY
 6
 7
 8                  UNITED STATES DISTRICT COURT
 9              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10                      SAN FRANCISCO BRANCH
11
    UNITED STATES OF AMERICA, ex rel    )  CASE NO.:  CV 11 00024 JCS
12      BLOCKA CONSTRUCTION, INC.       )
                                        )  RELATED TO CV 11-02600 JCS
13            Plaintiff,                )
                                        )  STIPULATION FOR SUBSTITUTION
14      vs.                             )  OF ATTORNEY and [PROPOSED]
                                        )  ORDER
15  JMR CONSTRUCTION CORP., and         )
                                        )  Judge: Hon. Joseph P. Spero
16  GREAT AMERICAN INSURANCE            )
    COMPANY,                            )
17                                      )
              Defendants.               )
18  _____  )
                                        )
19  JMR CONSTRUCTION CORP.,             )
                                        )
20            Counterclaimant,          )
                                        )
21      vs.                             )
                                        )
22  BLOCKA CONSTRUCTION, INC., and      )
    ROES 1 through 10, inclusive,       )
23                                      )
              Counterdefendants.        )
24  _____  )
25
26      It is stipulated by and between GREAT AMERICAN INSURANCE COMPANY, defendant
27  in the above-entitled action, JMR CONSTRUCTION CORP., defendant and cross-complainant in
28  the above-entitled action, and C. Patrick Stoll, attorney of record for GREAT AMERICAN
```

-1-

PAGE 5 * RCVD AT 1/18/2012 12:21:09 PM [Eastern Standard Time] * SVR:CVGFAX01/17 * DNIS:3451368 * CSID:916 933 9209 * DURATION (mm-ss):00-54

1  INSURANCE COMPANY and JMR CONSTRUCTION CORP., that George R. Gore of the Law
2  Office of George R. Gore be substituted as the attorney of record in place of C. Patrick Stoll, who
3  presently appears as attorney of record.
4
5  Dated: January 18, 2012              LAW OFFICE OF C. PATRICK STOLL
6                                        By _____
7
                                         C. Patrick Stoll
8                                        Current Counsel for defendants GREAT
                                         AMERICAN INSURANCE COMPANY and JMR
9                                        CONSTRUCTION CORP.

10
11 Dated: Jan 18, 2012                   GREAT AMERICAN INSURANCE COMPANY
12                                       By _____

13
14 Dated: JAN 13, 2012                   JMR CONSTRUCTION CORP.
15                                       By _____

16
17 Dated: JAN 03, 2012                   THE LAW OFFICE OF GEORGE R. GORE
18                                       By _____
19                                       George R. Gore

20                                       New Counsel for defendants GREAT AMERICAN
                                         INSURANCE COMPANY and JMR
21                                       CONSTRUCTION CORP.

22  PURSUANT TO STIPULATION, IT IS SO ORDERED.
23  DATED: __February 8_____, 2012
24
25
                                         Judge Joseph C. Spero
26
27
28

-2-