United States District Court

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

USA EX REL BLOCKA CONSTRUCTION,

        Plaintiff(s),

    v.

JMR CONSTRUCTION,

        Defendant(s).

_____/

AND ALL RELATED CASES

HPS MECHANICAL, INC.,

        Plaintif(s),

    v.

JMR CONSTRUCTION,

        Defendant(s).

_____/

Case No. C-11-00024 JCS
Related Case No. C11-2600 JCS

**FURTHER CASE MANAGEMENT AND PRETRIAL ORDER**

Following a further case management conference held on **June 27, 2012,**

IT IS HEREBY ORDERED THAT:

1.  An updated joint case management conference statement shall be due by September 21, 2012.

2.  A further case management conference is set for **September 28, 2012 at 1:30 p.m**

IT IS SO ORDERED.

Dated: July 2, 2012

_____
JOSEPH C. SPERO
United States Magistrate Judge