**United States District Court**
For the Northern District of California

1
2
3                   UNITED STATES DISTRICT COURT
4                  NORTHERN DISTRICT OF CALIFORNIA
5
6   USA EX REL BLOCKA CONSTRUCTION,          Case No. C-11-00024 JCS
                                             Related Case No. C11-2600 JCS
7               Plaintiff(s),
                                             **FURTHER CASE MANAGEMENT AND**
8        v.                                  **PRETRIAL ORDER**
9   JMR CONSTRUCTION,
10              Defendant(s).
    _____/
11
12  AND ALL RELATED CASES
13  HPS MECHANICAL, INC.,
14              Plaintif(s),
15       v.
16  JMR CONSTRUCTION,
17              Defendant(s).
    _____/
18
19       Following a further case management conference held on **June 27, 2012,**
20       IT IS HEREBY ORDERED THAT:
21       1.  An updated joint case management conference statement shall be due by September 21,
22  2012.
23       2.  A further case management conference is set for **September 28, 2012 at 1:30 p.m**
24       IT IS SO ORDERED.
25
26  Dated: July 2, 2012
27                                           _____
                                             JOSEPH C. SPERO
28                                           United States Magistrate Judge